IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **HOOTERS OF AMERICA, LLC**, a Georgia limited liability company; **HOA FRANCHISING, LLC**, a Delaware limited liability company; **HOA SYSTEMS, LLC**, a Delaware limited liability company; and **HOA RESTAURANT HOLDER, LLC**, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>**RAISING CANE'S USA, LLC**, a Louisiana limited liability company,<br><br>Defendant. | Civil Action File No. 4:15-cv-237<br><br>**DEMAND FOR JURY TRIAL** |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Hooters of America, LLC, HOA Franchising, LLC, HOA Systems, LLC, and HOA Restaurant Holder, LLC ("Hooters") and Defendant Raising Cane's USA, LLC ("Raising Cane's) have reached an agreement as to the claims made in this action, and move the Court for an order as follows:

1. This Court has personal jurisdiction over Hooters and Raising Cane's, and subject matter jurisdiction over the subject matter of this action.

2. The claims made by Hooters against Raising Cane's in this action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

Dated: April 27, 2015 Respectfully submitted,

           */s/* Elizabeth L. DeRieux
           S. Calvin Capshaw
           Texas State Bar No. 03783900
           E-Mail: ccapshaw@capshawlaw.com
           Elizabeth L. DeRieux
           Texas State Bar No. 05770585
           E-Mail: ederieux@capshawlaw.com
           CAPSHAW DERIEUX, LLP
           114 E. Commerce Ave.
           Gladewater, Texas 75647
           Telephone: (903) 236-9800
           Facsimile: (903) 236-8787

           Steven G. Hill
           Georgia Bar No. 354658
           *Admitted to practice, E.D. Texas*
           E-Mail: sgh@hkw-law.com
           HILL, KERTSCHER & WHARTON, LLP
           3350 Riverwood Parkway, Suite 800
           Atlanta, Georgia 30339
           Telephone: (770) 953-0995
           Facsimile: (770) 953-1358

           *Attorneys for Plaintiffs Hooters of America, LLC, Hooters Franchising, LLC, HOA Systems, LLC and HOA Restaurant Holder, LLC*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of April 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

           /s/ *Elizabeth L. DeRieux*
           Elizabeth L. DeRieux